UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARRIE M. HALL,

        Plaintiff,

   v.

DOUGLAS COLE, *et al.*,

        Defendants.

CASE NO. C10-5155RJB-JRC

ORDER

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Before the court is plaintiff's motion asking the court to place this case on "hold." The motion is DENIED. There is currently no deadline facing the plaintiff and the court has just ordered that service by mail be attempted.

DATED this 13th day of April, 2010.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

ORDER - 1