UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARRIE M. HALL,

          Plaintiffs,

   v.

DOUGLAS COLE, *et al*,

          Defendants.

Case No. C10-5155RJB

ORDER ADOPTING A REPORT AND RECOMMENDATION REGARDING INJUNCTIVE RELIEF

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation.

2. Plaintiff's request for an injunction preventing Dr. Mary Colter from treating her is DENIED.  This action does not involve any claim regarding medical services and Mary Colter is not a defendant in this action.

3. The Clerk is directed to send copies of this Order to plaintiffs, and to the Hon. J. Richard Creatura.

DATED this 29th day of June, 2010.

                              */s/ Robert J. Bryan*

                          ROBERT J. BRYAN
                          United States District Judge

ORDER - 1