UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARRIE HALL,<br><br>                    Plaintiff,<br><br>    v.<br><br>DOUGLAS COLE, *et al.*,<br><br>                    Defendants. | Case No. 10-5155RJB/JRC<br><br>ORDER ADOPTING THE REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation.

(2)   Plaintiff's motion to voluntarily dismiss the action is GRANTED.

(3)   The clerk is directed to send copies of this Order to Plaintiff and the Hon.
       J. Richard Creatura.

DATED this 9th day of August, 2010.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER - 1